THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:19-CR-00135-FL-1

UNITED STATED OF AMERICA

        Plaintiff,

vs.

JOHN ELWOOD TYRONE MARTIN

        Defendant.

ORDER FOR LEAVE TO
FILE UNDER SEAL

THIS MATTER IS BEFORE THE COURT on Defendant's Motion for Leave to File Under Seal the proposed "Defendant's Motion to Continue Sentencing Hearing" and the proposed "Order to Continue Sentencing Hearing" of said motion.

For good cause shown, it is hereby **ORDERED** that this motion is **GRANTED**.

IT IS SO ORDERED.

This 20th day of August, 2019.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge