IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-135-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JOHN ELWOOD TYRONE MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and section 1B1.10 of the United States Sentencing Guidelines (DE 187). Defendant does not identify, and the court is not aware of, a sentencing guidelines provision that reduces the guidelines range that was applied at defendant's most recent resentencing. Therefore, defendant is not eligible for a sentence reduction under these provisions. See U.S.S.G. § 1B1.10(d) (providing relevant amendments that may serve as the basis for a sentence reduction under 18 U.S.C. § 3582(c)(2), none of which are applicable to defendant).

Based on the foregoing, defendant's motion for sentence reduction (DE 187) is DENIED.

SO ORDERED, this the 26th day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge